IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-09-29-9 |
| | § | |
| WILLIAM JOSEPH STONE JR. | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 309). The motion for continuance is GRANTED. The sentencing hearing is reset to **October 19, 2010, at 10:00 a.m.** Objections to the presentence report are to be filed by October 8, 2010.

SIGNED on July 9, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge