IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-09-29-9 |
| | § § § § | |
| WILLIAM JOSEPH STONE JR. | § | |

**O R D E R**

Defendant Stone filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 548). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 31, 2011, at 9:00 a.m.**

SIGNED on August 5, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge